IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVEN CARTER, Inmate #R-25659, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KRISTAL SCHORN, *et al.*, )<br>)<br>Defendants. ) | CIVIL NO. 08-cv-550-GPM |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Plaintiff filed a civil case pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. On October 20, 2008, the Court entered an Order denying Plaintiff's motion to proceed *in forma pauperis* because he had accumulated "3 strikes" under 28 U.S.C. § 1915(g). The Court directed Plaintiff to pay the full $350 filing fee within fifteen days (Doc. 4). Plaintiff was warrned that if he failed to pay the filing fee within the time specified, his complaint would be dismissed. More than fifteen days have passed and Plaintiff still has not paid the full $350 filing fee. Therefore, the instant complaint is dismissed, with prejudice, for failing to comply with the Court's Order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

DATED: 11/18/08

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge