IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVEN CARTER,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 08-cv-550-GPM |
| **KRISTAL SCHORN,** *et al.*, | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, for review and the following decision was reached:

**IT IS ORDERED** that Plaintiff Carter shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 11/18/2008

                 NORBERT G. JAWORSKI, CLERK

                 By: s/ Linda M. McGovern
                    Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
       G. Patrick Murphy
       United States District Judge